# ANTHONY POPE LAW, P.C.

ATTORNEYS AT LAW

NEW JERSEY OFFICE
60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL: (973) 344-4406
FAX: (973) 344-3201
www.anthonypopelawfirm.com

**ANTHONY POPE, ESQ.**
apope@apopefirm.com

*Certified by the Supreme Court of
New Jersey as a Civil & Criminal Trial Attorney*

NEW YORK OFFICE
275 MADISON AVE.
35TH FLOOR
NEW YORK, NY 10016

TEL: (212) 905-4900
FAX: (973) 344-3201

**PLEASE REPLY TO:**
New Jersey Office

July 1, 2024

The Honorable Judge Jessica S. Allen
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

      **Re:** **United States v. Jonathan Arce**
           **Docket Number: 2:24-mj-08131-JSA**

Dear Judge Allen:

    On behalf of the Defendant in the above matter, please accept this letter as a request for a detention hearing to be scheduled for next week.

                                          Very truly yours,
                                          ANTHONY POPE LAW FIRM, P.C.

                                          BY: ANTHONY POPE, ESQ.

Cc: AUSA, John Mezzanotte

1